PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00203-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| DAVID DIAZ, and JESUS ALEJANDRO LOPEZ, | |
| Defendants. | |

The parties stipulate as follows:

1. The indictment was filed in this district on October 19, 2023, and defendants were arraigned and pleaded on the indictment the next day. The Court scheduled a status conference on January 31, 2024.

2. The government produced initial discovery to defendants' counsel. The Court ordered an appropriate time exclusion, so that the defendants could review the discovery and consider a pre-trial resolution of the case.

3. On January 16, 2024, the Court ordered the parties file a joint status report informing the court of the status of the case within one week of the status conference. Alternatively, the Court ordered the parties may stipulate to a continuance of the status conference, with an appropriate exclusion of time. The stipulation must be filed no later than Wednesday, January 24, 2024.

4. The parties have met and conferred, and on January 24, 2024, the parties agreed to continue the status conference until May 15, 2024. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and to fully consider a pre-trial resolution of the case.

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from January 31, 2024, through May 15, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 24, 2024　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Cody Chapple*
　　　　　　　　　　　　　　　　　　　　　　　Cody Chapple
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  January 24, 2024　　　　　　　　　　　*/s/ Darryl Young*
　　　　　　　　　　　　　　　　　　　　　　　Darryl Young
　　　　　　　　　　　　　　　　　　　　　　　Law Office of Darryl E. Young
　　　　　　　　　　　　　　　　　　　　　　　Counsel for David Diaz

Dated:  January 24, 2024　　　　　　　　　　　*/s/ Reed Grantham*
　　　　　　　　　　　　　　　　　　　　　　　Reed Grantham
　　　　　　　　　　　　　　　　　　　　　　　Office of the Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Jesus Alejandro Lopez

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from January 31, 2024, until May 15, 2024, at 1:00 p.m.; and

2. The period from January 31, 2024, through May 15, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 1/25/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE