PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00203-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| DAVID DIAZ, and JESUS ALEJANDRO LOPEZ, | |
| Defendants. | |

The parties stipulate as follows:

1. The indictment was filed in this district on October 19, 2023, and defendants were arraigned and pleaded on the indictment the next day. The Court scheduled a status conference on January 31, 2024.

2. The government produced initial discovery to defendants' counsel. The Court ordered an appropriate time exclusion, so that the defendants could review the discovery and consider a pre-trial resolution of the case.

3. On January 26, 2024, the Court continued the status conference to May 15, 2024, and excluded time. [ECF 24.]

4. Now, the parties have met and conferred and agree to continue the status conference until August 7, 2024. The parties also agree that good cause exists for the continuance because the extension is

1

required to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and to fully consider a pre-trial resolution of the case.

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from May 15, 2024, through August 7, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  May 8, 2024               PHILLIP A. TALBERT
                                  United States Attorney


                                  */s/ Cody Chapple*
                                  Cody Chapple
                                  Assistant United States Attorney


Dated:  May 8, 2024               */s/ Darryl Young*
                                  Darryl Young
                                  Law Office of Darryl E. Young
                                  Counsel for David Diaz



Dated:  May 8, 2024               */s/ Reed Grantham*
                                  Reed Grantham
                                  Office of the Federal Defender
                                  Counsel for Jesus Alejandro Lopez

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from May 15, 2024, until **August 7, 2024, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**.; and

2. The period from May 15, 2024, through August 7, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/9/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE