PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00203-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| DAVID DIAZ, and JESUS ALEJANDRO LOPEZ, | |
| Defendants. | |

The parties stipulate as follows:

1. The indictment was filed in this district on October 19, 2023, and defendants were arraigned and pleaded on the indictment the next day. The Court scheduled a status conference on January 31, 2024. The government produced initial discovery to defendants' counsel. The Court ordered an appropriate time exclusion, so that the defendants could review the discovery and consider a pre-trial resolution of the case.

2. The Court continued the status conference to August 7, 2024, and excluded time.

3. Now, the parties have met and conferred and agree to continue the status conference until November 6, 2024. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and to fully consider a pre-trial resolution of the case.

1

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties also agree that the period from August 7, 2024, through November 6, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: July 31, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: July 31, 2024

*/s/ Darryl Young*
Darryl Young
Law Office of Darryl E. Young
Counsel for David Diaz

Dated: July 31, 2024

*/s/ Reed Grantham*
Reed Grantham
Office of the Federal Defender
Counsel for Jesus Alejandro Lopez

2

**ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendants reasonable time to complete their review of the discovery, reasonable time for preparation, and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from August 7, 2024, until **November 6, 2024, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**.; and

2. The period from August 7, 2024, through November 6, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

3. The parties shall be prepared to set a mutually acceptable trial date at the November 6, 2024, status conference.

IT IS SO ORDERED.

Dated:   **July 31, 2024**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE