1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                Case No. 1:23-cr-00203 JLT SKO

12            Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS OF THE
13        v.                                   MAGISTRATE JUDGE UPON A PLEA OF
                                               GUILTY; ORDER REFERRING THE
14   DAVID DIAZ,                               MATTER FOR PREPARATION OF THE
                                               PRESENTENCE REPORT
15            Defendant.
                                               (Doc. 49)
16

17        On November 4, 2024, the defendant entered a guilty plea to Count 1 of the Indictment

18   pursuant to Rule 11 of the Federal Rules of Criminal Procedure after having consented to the

19   jurisdiction of the Magistrate Judge to take the plea. The Magistrate Judge entered written

20   findings and recommendations outlining the considerations required by Federal Rules of Criminal

21   Procedure Rule 11 and making findings thereon. (Doc. 49)

22        The Court served the findings and recommendations on counsel for the parties and

23   provided 14 days within which to file objections. (Doc. 49) The Court advised the parties that,

24   "Objections to these Findings and Recommendations are waived by the parties if not made within

25   14 days of this order." *Id*. at 3. No party filed objections, and the time to do so has passed.

26        According to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), (b)(1), this Court

27   performed a *de novo* review of this case. Having carefully reviewed the matter, the Court

28   concludes the Findings and Recommendations are supported by the record and proper

analysis.  Thus, the Court **ORDERS**:

    1.      The Findings and Recommendations issued on November 4, 2024 (Doc. 49) are **ADOPTED** in full.

    2.      The Court confirms that the matter will proceed to sentencing on March 3, 2025 at 9:00 a.m. The matter is referred to the United States Probation Office for preparation of the presentence report.

IT IS SO ORDERED.

    Dated:   **November 20, 2024**

UNITED STATES DISTRICT JUDGE

2